# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-00151-MR

| | |
|---|---|
| NAPOLEAN J. RANKIN BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| P.A. BALL, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Napolean J. Rankin Bey ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Mountain View Correctional Institution in Spruce Pine, North Carolina. He filed this action in the Eastern District of North Carolina on June 3, 2021, pursuant to 42 U.S.C. § 1983, naming P.A. Ball, FNU Georgi, FNU McPherson, Mike Slayer, and FNU Melton as Defendants. [Doc. 1]. The Honorable Terrence W. Boyle, District Judge, transferred the case to this District on June 8, 2021. [Doc. 3]. On June 18, 2021, the Clerk in this District entered an Order requiring Plaintiff's correctional facility to provide a certified copy of Plaintiff's most recent trust account statement. [Doc. 7]. On July 13, 2021, after receiving the statement,

the Clerk ordered Plaintiff to pay the full filing fee within 30 days. [Doc. 9; see Doc. 8]. The Clerk cautioned Plaintiff that this action would be dismissed if Plaintiff failed to comply with the Order to pay the filing fee. [Doc. 9].

As of this Order, Plaintiff has not paid the filing fee. The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

Signed: September 20, 2021

Martin Reidinger
Chief United States District Judge